**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

**ROGER ALLEN COLLINS,**

      **Plaintiff,**

  **v.**                 **CASE NO. 22-3135-SAC**

**CITY OF WICHITA, et al.,**

      **Defendants.**

## MEMORANDUM AND ORDER

  This matter is before the court on plaintiff's motion for the appointment of counsel.

  There is no constitutional right to the appointment of counsel in a civil matter. *Carper v. Deland*, 54 F.3d 613, 616 (10th Cir. 1995); *Durre v. Dempsey*, 869 F.2d 543, 547 (10th Cir. 1989). Rather, the decision whether to appoint counsel in a civil action lies in the discretion of the district court. *Williams v. Meese*, 926 F.2d 994, 996 (10th Cir. 1991). The party seeking the appointment of counsel has the burden to convince the court that the claims presented have sufficient merit to warrant the appointment of counsel. *Steffey v. Orman*, 461 F.3d 1218, 1223 (10th Cir. 2016)(citing *Hill v. SmithKline Beecham Corp.*, 393 F.3d 1111, 1115 (10th Cir. 2004)). It is not enough "that having counsel appointed would have assisted [the movant] in presenting his strongest possible case, [as] the same could be said in any case." *Steffey*, 461 F.3d at 1223 (citing *Rucks v. Boergermann*, 57 F.3d 978, 979 (10th Cir. 1995)). The Court should consider "the merits of the prisoner's claims, the nature and complexity of the factual and legal issues, and the prisoner's ability to investigate the facts and present his claims." *Rucks*, 57 F.3d at 979.

The court has reviewed the record and finds no ground to appoint counsel in this matter. On July 15, 2022, the court entered an order that directs plaintiff to show cause why this matter should not be dismissed. Because the court has not identified issues of considerable complexity, it declines to appoint counsel in this matter.[1]

IT IS, THEREFORE, BY THE COURT ORDERED plaintiff's motion to appoint counsel (Doc. 10) is denied.

**IT IS SO ORDERED**.

DATED:  This 20th day of July, 2022, at Topeka, Kansas.

S/ Sam A. Crow

SAM A. CROW
U.S. Senior District Judge

---

[1] The court notes that plaintiff may contact Legal Services for Prisoners for guidance on his potential state court remedies.